```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 08577
   TARIK A BAGHDADI
                                             CHAPTER 13

                                             JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-9799


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/19/06 and confirmed on 09/11/06.

    2.  The case was dismissed after confirmation, 10/09/2008.

    3.  The Debtor paid a total of $  50065.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
CITIMORTGAGE               CURRENT MORTG     45243.48             .00        45243.48
CITIMORTGAGE               MORTGAGE ARRE     29856.18             .00          494.97
ECAST SETTLEMENT CORPORA   UNSECURED          4015.49             .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          2820.03             .00             .00
CHRYSLER FINANCIAL SVC A   UNSECURED         NOT FILED            .00             .00
CITIBANK NA                UNSECURED         NOT FILED            .00             .00
CITIBANK NA                UNSECURED         NOT FILED            .00             .00
CREDIT PROTECTION ASSOC    UNSECURED         NOT FILED            .00             .00
EDWARD HOSPITAL            UNSECURED         NOT FILED            .00             .00
HSBC                       UNSECURED         NOT FILED            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED           882.55             .00             .00
ECAST SETTLEMENT CORP      UNSECURED          2503.32             .00             .00
LOYOLA UNIVERSITY PHYS F   UNSECURED           410.09             .00             .00
MERCHANTS CREDIT GUIDE     UNSECURED         NOT FILED            .00             .00
NAPERVILLE RADIOLOGISTS    UNSECURED         NOT FILED            .00             .00
FOSTER PREMIER             UNSECURED         NOT FILED            .00             .00
NICOR GAS                  UNSECURED         NOT FILED            .00             .00
TRANSWORLD SYSTEMS         UNSECURED         NOT FILED            .00             .00
UNITED SHOCKWAVE SRVS      UNSECURED         NOT FILED            .00             .00
WELLS FARCO FINANCIAL IN   UNSECURED           813.68             .00             .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
DEPARTMENT OF HUD          SECURED               .00              .00             .00
           Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED     PRIORITY      UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 75099.66         .00       11445.16         .00        86544.82
PRINCIPAL PAID     45738.45         .00            .00         .00        45738.45
```

```
INTEREST PAID                    .00           .00         .00          .00          .00
TOTAL PAID                  45738.45           .00         .00          .00     45738.45
```

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   3000.00
and was paid $   1000.00  direct and $   2000.00  through the plan.

The Trustee received $   2326.55 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/16/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 06 B 08577 TARIK A BAGHDADI